CHARLES TRIONE v. STATE
No. A-2504. Opinion Filed May 22, 1916.
(156 Pac. 1152.)

Appeal from the County Court of Pittsburg County; S. F. Brown, Judge.

Charles Trione, convicted of violating the prohibitory law and appeals. Appeal dismissed.

Harris & Lackey, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Charles Trione, was convicted in the county court of Pittsburg county upon a charge that he did have possession of intoxicating liquor, to-wit., Ten gallons of Choctaw Beer with the intent to sell the same contrary to law and his punishment

fixed at sixty days confinement in the county jail and that he pay a fine of one hundred dollars. From the judgment rendered upon the verdict he appealed by filing in this court July 10, 1915, petition in error with case-made. No brief has been filed. When the case was called for final submission, no appearance was made in behalf of the plaintiff in error. Whereupon, the attorney general moved that the judgment be affirmed or the appeal dismissed for failure to prosecute the appeal.

It appearing that the appeal in this case has been abandoned, the motion to dismiss the appeal is hereby sustained and the cause remanded to the trial court with direction to cause its judgment therein to be carried into execution.